UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT TYWAN WASHINGTON,

       Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.
_____/

Case No. 2:17-CV-6

Hon. Gordon J. Quist

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's January 9, 2018, Report and Recommendation recommending that the Court grant Defendants' motion for summary judgment and dismiss the remaining claims without prejudice based on Plaintiff's failure to exhaust his administrative remedies. The Report and Recommendation was duly served on the parties on January 9, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 9, 2018 (ECF No. 17), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 13) is **GRANTED,** and Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE.**[1]

A separate judgment will enter.

Dated: February 2, 2018                          /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation was returned as Plaintiff was discharged or paroled and failed to leave a forwarding address. (ECF No. 18.) Such failure is itself a violation of W.D. Mich. LCivR 41.1, justifying a dismissal for failure to prosecute the case.